**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00526-CR

### CLINTON EUGENE WHITFIELD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-55984-J**

## ORDER

The Court **GRANTS** appellant's September 19, 2014 motion to substitute counsel. Niles Illich is substituted for Dean M. Swanda as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to Niles Illich, The Law Office of Niles Illich, Ph.D., J.D., 701 Commerce Street, Suite 400, Dallas, Texas 75202-4518; telephone: (972) 802-1788; facsimile: (972) 236-0088.

/s/  LANA MYERS
     JUSTICE